ROBERT S. LARSEN, ESQ.
Nevada Bar No. 7785
DAVID T. GLUTH, II, ESQ.
Nevada Bar No. 10596
GORDON REES SCULLY MANSUKHANI, LLP
300 South 4th Street, Suite 1550
Las Vegas, Nevada 89101
Telephone: (702) 577-9316
Facsimile: (702) 255-2858
E-Mail: rlarsen@grsm.com
         dgluth@grsm.com

*Attorneys for Amber Hills II Homeowners' Association, Inc.*

**Gordon Rees Scully Mansukhani, LLP**
**300 S. 4th Street, Suite 1550**
**Las Vegas, NV 89101**

## UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTE FOR HOLDERS OF THE GSAA HOME EQUITY TRUST 2006-4, | ) Case No.: 2:16-cv-01635-RFB-NJK ) ) |
| Plaintiff, | ) **STIPULATION AND ORDER TO** |
| vs. | ) **SET ASIDE DEFAULT [ECF NO.** ) **16]** ) |
| AMBER HILLS II HOMEOWNERS' ASSOCIATION, INC., | ) ) ) |
| Defendant. | ) ) |

IT IS HEREBY STIPULATED by and between Plaintiff, DEUTSCHE BANK

NATIONAL TRUST COMPANY, AS TRUSTE FOR HOLDERS OF THE GSAA HOME

EQUITY TRUST 2006-4 ("Deutsche Bank"), and Defendant AMBER HILLS II

HOMEOWNERS' ASSOCIATION, INC. ("Amber Hills"), by and through their undersigned

attorneys of record, that the clerk's entry of Default of the original complaint against Amber

Hills [ECF No. 16] filed on January 16, 2019 be set aside and the Motion For Entry of Default

Judgment [ECF No. 17] be withdrawn and vacated.

Counsel for Defendant Amber Hills had not made an appearance in this matter at the time

the stay was put in place.

-1-

1    Accordingly, Amber Hills, and was not electronically served or mailed with the Motion

2  to Lift Stay [ECF No. 14] or Request for Clerk's Entry of Default [ECF No. 15], and was

3  unaware these documents had been filed.

4    Amber Hills and Deutsche Bank stipulate that Amber Hills will file a response to

5  Deutsche Bank's Compliant within 21 days after this stipulation is granted and the Default is set

6  aside.

7    This stipulation is not being made for purposes of delay.

8

9  Dated February 5th, 2019.                     Dated February 5th, 2019.

10  AKERMAN, LLP                                  GORDON REES SCULLY MANSUKHANI,
                                                  LLP
11

12  /s/ Thera A. Cooper                           /s/ David T. Gluth
    Melanie D. Morgan, Esq.                       Robert S. Larsen, Esq.
13  Nevada Bar No. 8515                           Nevada Bar No. 7785
    Thera A. Cooper, Esq.                         David T. Gluth, Esq.
14  Nevada Bar No. 13468                          Nevada Bar No. 10596
    1635 Village Center Circle, Suite 200         300 S. 4th Street, Suite 1550
15  Las Vegas, NV 89134                           Las Vegas, Nevada 89101

16  *Attorneys for Plaintiff*

17

18

19

20                              **IT IS SO ORDERED.**

21    _____

22    RICHARD F. BOULWARE, II
      UNITED STATES DISTRICT JUDGE
23
      DATED this 21st day of February, 2019.
24

25

26

27

28