1  MELANIE D. MORGAN, ESQ.
   Nevada Bar No. 8215
2  THERA A. COOPER, ESQ.
   Nevada Bar No. 13468
3  **AKERMAN LLP**
   1635 Village Center Circle, Ste. 200
4  Las Vegas, Nevada 89134
   Telephone: (702) 634-5000
5  Facsimile: (702) 380-8572
   Email: melanie.morgan@akerman.com
6  Email: thera.cooper@akerman.com

7  *Attorneys for Plaintiff Deutsche Bank National
   Trust Company, as Trustee for Holders of the
8  GSAA Home Equity Trust 2006-4*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR HOLDERS OF THE GSAA HOME EQUITY TRUST 2006-4,<br><br>Plaintiff,<br>v.<br><br>AMBER HILLS II HOMEOWNERS' ASSOCIATION, INC.;<br><br>Defendants. | Case No.: 2:16-cv-01635-RFB-NJK<br><br>**STIPULATION AND ORDER TO EXTEND DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR HOLDERS OF THE GSAA HOME EQUITY TRUST 2006-4'S DEADLINE TO RESPOND TO AMBER HILLS II HOMEOWNERS ASSOCIATION, INC.'S MOTION TO DISMISS COMPLAINT (ECF NO. 22)** |

Plaintiff Deutsche Bank National Trust Company, as Trustee for Holders of the GSAA Home Equity Trust 2006-4 (**Deutsche Bank**) and defendant Amber Hills II Homeowners' Association, Inc. (**Amber Hills**) agree to extend Deutsche Bank's deadline to respond to Amber Hills' motion to dismiss complaint, ecf no. 22, three weeks so the parties may explore the possibility of settlement. This is Deutsche Bank's first request to extend the deadline.

…

…

…

…

…

1

48394756;1

**AKERMAN LLP**
1635 VILLAGE CENTER CIR., SUITE 200
LAS VEGAS, NEVADA 89134
TEL.: (702) 634-5000 – FAX: (702) 380-8572

Deutsche Bank's response to Amber Hills' motion was due on March 28, 2019, the parties stipulate Deutsche Bank's response is now due on, or before, April 18, 2019.

Dated: March 26, 2019

| | |
|---|---|
| **AKERMAN LLP** | **GORDON REES SCULLY MANSUKHANI, LLP** |
| /s/ *Thera Cooper* | */s/ David T. Gluth* |
| MELANIE D. MORGAN | ROBERT S. LARSEN, ESQ. |
| Nevada Bar No. 8215 | Nevada Bar No. 7785 |
| THERA A. COOPER, ESQ. | DAVID T. GLUTH, II, ESQ. |
| Nevada Bar No. 13468 | Nevada Bar No. 70596 |
| 1635 Village Center Circle, Suite 200 | 300 South 4th Street, Suite 1550 |
| Las Vegas, NV 89134 | Las Vegas, Nevada 89101 |
| *Attorneys for Plaintiff Deutsche Bank National Trust Company, as Trustee for Holders of the GSAA Home Equity Trust 2006-4* | *Attorneys for Amber Hills Homeowners' Association, Inc.* |

**ORDER**

**IT IS SO ORDERED:**

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

DATED this 27th day of March, 2019.

2

48394756;1